UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

SEP 25 2007

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Jonathan Lee Riches ©,
Plaintiff

v.                                                  CIVIL NO:

DAVID BECKHAM d/b/a
"SOCCER PLAYER",
VICTORIA BECKHAM d/b/a
"POSH SPICE",
DEFENDANTS

Civil Complaint

"SOCCER PIRACY"
"TRO TEMPORARY RESTRAINING ORDER"

This is a civil complaint action pursuant to violation of the Lanham act 15 USC 1125, copyright infringement, Rico crimes, Bulimia, Soccer Kickbacks, Fraud, Identity theft, treason, and Piracy.

Comes now the Plaintiff, Jonathan Lee Riches ©, in pro-se, Moves this Honorable court to issue and order for Defendants named in this suit to Respond. Plaintiff seeks statutory damages under 17 USC 504(c), and injunctive Relief, Prohibiting the Beckhams from using copyright name Jonathan Lee Riches ©. Plaintiff $3,000,000,000.00 Billion in British pounds to George Soro's. Plaintiff prays for relief.

### 1

A mega conspiracy with Beckham and Major League Soccer. Beckham uses soccer balls thats satelite precision guided. British agents James Bond and Pakistani Intelligence sit in the stands with a remote. Soccer balls are moved into the net after Beckham touches it. Beckhams goal stats go up, More commercials for him. He gets a Key to any U.S. city, Iraqi National bank Loot. Beckham Kicks back funds to Buckingham palace.

### 2

June 16, 2007 - Posh spice shopped at Saks 5th ave with Winona Ryder

Aug 30, 2007 - Beckham is a illegal alien he did not have to make a stop at Ellis Island like the rest of us.

### 3

12/27/07 For my 30th birthday Beckham gave me a Mattel soccer ball. I got Lead poisoning, Major chemical imbalance

### 4

Posh spice is Bulimic, Posh visited me at FCI williamsburg on June 10, 2007. Ate the whole vending machine then used a porta potty

### 5

Sunday August 27th, 2007 Beckham was in clearwater florida for a Scientology Briefing with tom cruise. Beckham Kicked a soccer ball in front of Hulk Hogans son Nick Hogans Toyota supra. Making Nick Crash. Beckham tried to run away. A soccer kick cover up

### 6

His whole career Beckham Fakes Injuries. Stole my tape Ankles. He took out a Policy with Chubb Insurance, Posh is on it to to gain weight.

**7**

In the 90's Beckham dropped soccer balls on me from the Empire State building.

Beckham also told Frenchman Zedane to headbutt me last month.

10/10/06 Posh Spice uses old spice deodorant

**8**

Bring Beckhams soccer balls to me to examine for High, High octane, Axis of evil.

Every game worldwide David Beckham wears the Jonathan Lee Riches© logo on his shirt.

Beckham stole my Pelé photo's in my prison photo album

**9**

May 3, 2007- Beckham picked to play for the L.A. Galaxy because it goes with Hubbards Scientology beliefs

Beckham used to cross dress on stage at spice girls concerts.

### Restraining order

These people have intercepted my mind since the March of dimes. I have nightmares of soccer Abuse, See what Beckham did to Owen Wilson. Plaintiff moves this court for a Restraining order Against Defendants

Respectfully Submitted

Jonathan Lee Riches© 1994

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400



FLORENCE SC 295

18 SEP 2007 PM 2 T

United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut St.
Harrisburg, PA. 17108

17108+3800

Name: Jonathan Lee Riches©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590