UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

P. O. BOX 1148
SCRANTON, PA   18501

9/25/07

Jonathan Lee Riches
FCI-Williamsburg
PO Box 340
Salters, SC 29590

RE:   1:07-CV-1747         Riches v. Beckham, et al
                           Judge William W. Caldwell

Dear Sir/Madam:

Receipt is acknowledged of the document noted at the foot of this letter, subject as captioned above.

The matter has been forwarded to the Court for consideration.

Very truly yours,

MARY E. D'ANDREA, CLERK


By: dfm
    Deputy Clerk

[  ] Petition for Writ of Habeas Corpus          [X] Complaint

[  ] Transfer From Other District                [  ] Other


Enclosed:   Notice of Consent regarding Magistrate Referral.