**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | <u>Riches v. Beckham, et al.</u> | : CIVIL NO. 1:CV-07-1747 |
| | | : |
| Inmate: | Jonathan Lee Riches | : |
| | | : |
| ID Number: | 40948-018 | : |

## ADMINISTRATIVE ORDER (CIVIL RIGHTS CASE)

The civil rights complaint filed by the individual identified above has been received without a filing fee or the forms required to proceed <u>in</u> <u>forma</u> <u>pauperis</u> in a civil rights case. This action may not proceed unless the Plaintiff, within thirty (30) days of the date of this Order, either:

(1)  tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $350.00;[1] or

(2)  files a properly completed application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> and an authorization form. An application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> and an authorization form are enclosed.

Failure to comply with the terms of this Order within thirty (30) days will cause this case to be dismissed without prejudice.

          MARY E. D'ANDREA
          Clerk of Court

          s/ Lois A. Fuller
          Deputy Clerk

DATE:  September 27, 2007

---

[1] Effective April 9, 2006, the filing fee for a civil rights complaint increased to $350.00.